IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEMMIE DEVIONNE LESTER,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROBERT ADAMS, JR.; UNIT MANAGER EADY; JOHN OR JANE DOE; JENKINS COUNTY SHERIFF'S OFFICE; LT. JEFF; and CAPT. HILL,<br><br>Defendants. | CIVIL ACTION NO.: 6:19-cv-30 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 8. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DENIES as moot** Plaintiff's remaining Motions, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 15th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA